**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-6712**

—————————

UNITED STATES OF AMERICA,

                   Plaintiff - Appellee,

          v.

CEDRIC DANTE ALSTON,

                   Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, Senior District Judge.  (2:09-cr-00581-PMD-1)

—————————

Submitted:  December 20, 2011        Decided:  December 22, 2011

—————————

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Cedric Dante Alston, Appellant Pro Se.  Alston Calhoun Badger, Jr., Assistant United States Attorney, Charleston, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric Dante Alston appeals the district court's order denying his motions to compel the Government to file a Fed. R. Crim. P. 35(b) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Alston's informal brief does not challenge the basis for the district court's disposition, Alston has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED